**STATEMENT OF FACTS**

On Friday, October 21, 2005, at about 1:15 a.m., sworn officers of the Metropolitan Police Department's Fifth District saw a vehicle with expired tags and conducted a traffic stop in the 1900 block of Capitol Ave., N.E. Washington, D.C., on the car that defendant Larry Gooch was driving. The defendant exited the vehicle and started reaching for his right side. Officers told the defendant not to move and to show his hands. Gooch continued to reach for his waistband. A struggle ensued, officers apprehended the defendant and recovered a loaded .38 Smith and Wesson revolver.

In the course of preparing the statement of facts in support of this complaint, the undersigned officer reviewed computerized records of defendant's criminal history. These records showed that defendant previously has been convicted of a crime punishable by imprisonment for a term exceeding one year. The undersigned officer initialed the page of the records that showed this conviction so that he could recognize it again in the future. To the best of this officer's knowledge, neither the weapon taken from defendant nor the ammunition in it was manufactured in the District of Columbia.

_____
OFFICER JEFFREY MASLONA
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ____ DAY OF OCTOBER, 2005

_____
U.S. MAGISTRATE JUDGE